IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TYRONE SANDIFER, | : |
| Plaintiff, | : |
| v. | : Case No. 5:11-CV-301 |
| MICHAEL F. BURNS, | : |
| Defendant. | : |

## ORDER

This matter having been removed to the Court by the United States Attorney for the Middle District of Georgia upon the filing of a NOTICE OF REMOVAL in accordance with 28 U.S.C. § 1442, pursuant to the provisions of 28 U.S.C. § 1447(b), as amended, it is hereby ORDERED:

This shall constitute the WRIT OF CERTIORARI contemplated by such statute, directing the Clerk of the Magistrate Court of Bibb County, Georgia to deliver forthwith to the Clerk of this Court located at 475 Mulberry Street, Macon, Georgia 31201 one (1) complete certified copy of the entire record herein to date.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

**PRESENTED BY:**

WILLIAM D. GIFFORD
Georgia Bar No. 293239
Assistant United States Attorney