IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TYRONE SANDIFER,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-301 (MTT) |
| **UNITED STATES OF AMERICA,** | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Defendant's Motion for Summary Judgment on the Issue of Damages. (Doc. 6). This action involves a January 10, 2011, automobile collision involving the Plaintiff's truck and a United States Postal Service truck. The Plaintiff filed an administrative claim pursuant to the Federal Tort Claims Act for $316.61. The Plaintiff filed a complaint in the Magistrate Court of Bibb County against the postal truck driver in the amount of $533.40. The United States Attorney removed this FTCA action because jurisdiction is proper in United States District Courts, and the United States is the only proper defendant.

The Defendant argues that the Plaintiff cannot seek damages in excess of the amount set forth in the administrative claim. Pursuant to 28 U.S.C. § 2675(b), an "[a]ction under this section shall not be instituted for any sum in excess of the amount of the claim presented to the federal agency, except where the increased amount is based upon newly discovered evidence not reasonably discoverable at the time of presenting the claim to the federal agency, or upon allegation and proof of intervening facts,

relating to the amount of the claim." Here, the Plaintiff did not respond to the Motion, and there is no evidence of either exception. Accordingly, the Plaintiff may not recover more than $316.61 in this action. The Motion is **GRANTED**.

**SO ORDERED**, this the 6th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT