IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TYRONE SANDIFER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-301 (MTT) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

This action involves a January 10, 2011 automobile collision involving the Plaintiff's truck and a United States Postal Service truck. The Plaintiff filed an administrative claim pursuant to the Federal Tort Claims Act for $316.61. The Plaintiff filed a complaint in the Magistrate Court of Bibb County against the postal truck driver in the amount of $533.40. The United States Attorney removed this FTCA action because jurisdiction is proper in United States District Courts, and the United States is the only proper defendant.

On October 6, 2011, the Court held that, pursuant to the FTCA, 28 U.S.C. § 2675(b), the Plaintiff is limited to the amount of damages he sought in the administrative claim. (Doc. 7).

WHEREFORE, the Court finds in favor of the Plaintiff in the amount of $316.61.

**SO ORDERED**, this the 8th day of December, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT